**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SHAMORIAN JENKINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:14-cv-2460 |
| | § | |
| PROCOLLECT, INC., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, SHAMORIAN JENKINS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.


Dated: February 25, 2015                    Respectfully Submitted,

                                            By:/s/ Ryan Lee
                                             Ryan Lee
                                             Attorneys for Plaintiff
                                             Krohn & Moss, Ltd.
                                             10474 Santa Monica Blvd. Suite 405
                                             Los Angeles, CA 90025
                                             Tel: 323-988-2400 x241
                                             Fax: (866) 861-1390
                                             rlee@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

s/ Ryan Lee
Ryan Lee
Attorney for Plaintiff
