IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHAMORIAN JENKINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:14-cv-02460-N |
| | § | |
| PROCOLLECT, INC., | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Shamorian Jenkins stipulates, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), to dismiss this action with prejudice.

AGREED AS TO FORM AND CONTENT:

By: _____
RYAN LEE, ESQ.

KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
(323) 988-2400 x241 – Telephone
(866) 861-1390 - Telecopy
rlee@consumerlawcenter.com - Email

ATTORNEY FOR PLAINTIFF
SHAMORIAN JENKINS

By: _____
JOHN W. BOWDICH
Texas State Bar No. 00796233

THE WILLIS LAW GROUP, PLLC
10440 N. Central Expressway, Suite 520
Dallas, Texas 75231
(214) 736-9433 – Telephone
(214) 736-9994 – Telecopy
jbowdich@thewillislawgroup.com - Email

ATTORNEYS FOR DEFENDANT
PROCOLLECT, INC